

**Clarence STOUT, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 02–7029.**

United States Court of Appeals, Federal Circuit.

Oct. 26, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

**Clarence BROOKS, Jr., Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 02–7027.**

United States Court of Appeals, Federal Circuit.

Oct. 26, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004,

IT IS ORDERED THAT:

This appeal is dismissed.

IT IS ORDERED THAT:

This appeal is dismissed.

**James R. CAMPION, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 02–7028.**

United States Court of Appeals, Federal Circuit.

Oct. 26, 2004.

ORDER

Pursuant to the Court's letter dated September 27, 2004,